

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP AND MELEADE WASSON, | Case No. EDCV 07-1146-VAP(RC) |
| Plaintiffs, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| RIVERSIDE COUNTY, RIVERSIDE COUNTY DPSS/CPS and JUVENILE PROBATION, SAN BERNARDINO COUNTY, SAN BERNARDINO COUNTY DPSS/CPS and JUVENILE PROBATION, SAN DIEGO COUNTY, SAN DIEGO DPSS/CPS and JUVENILE PROBATION and DOES 1 through 10, | |
| Defendants. | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the amended complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a *de novo* determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) Judgment shall be entered dismissing without prejudice the amended complaint and action under Rule 4(m).

   IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, and the Magistrate Judge's Report and Recommendation by the United States mail on the parties.

DATED: February 19, 2008

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&R\07-1146.ado
1/24/08