UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP AND MELEADE WASSON,<br><br>Plaintiffs,<br><br>vs.<br><br>RIVERSIDE COUNTY, RIVERSIDE COUNTY DPSS/CPS and JUVENILE PROBATION, SAN BERNARDINO COUNTY, SAN BERNARDINO COUNTY DPSS/CPS and JUVENILE PROBATION, SAN DIEGO COUNTY, SAN DIEGO DPSS/CPS and JUVENILE PROBATION and DOES 1 through 10,<br><br>Defendants. | Case No. EDCV 07-1146-VAP(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing without prejudice the amended complaint and action under Rule 4(m).

DATE: February 19, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&R\07-1146.jud
1/25/08